IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
MICHAEL ISREAL,                )   No. C 09-04233 CW (PR)
                               )
          Petitioner,          )   JUDGMENT
                               )
     v.                        )
                               )
A. HEDGPETH, Warden,           )
                               )
          Respondent.          )
_____)
```

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 3/14/2012


CLAUDIA WILKEN
United States District Judge