```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
MICHAEL ISREAL,                 )  No. C 09-04233 CW (PR)
                                )
          Petitioner,           )  JUDGMENT
                                )
     v.                         )
                                )
A. HEDGPETH, Warden,            )
                                )
          Respondent.           )
_____)
```

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 3/14/2012


CLAUDIA WILKEN
United States District Judge